# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2024 KW 0365

**JULY 15, 2024**

---

In Re:    Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 794927.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

                              **EW**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT